Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Dusty Price, et al.

Plaintiff(s),

v.

Alcon Laboratories, Inc., et al.

Defendant(s).

Case No: 3:15-cv-1124

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Casey L. Lott, an active member in good standing of the bar of Mississippi, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Christopher M. Burke, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 100 South Main Street<br>Booneville, MS  38829 | 707 Broadway, Suite 1000<br>San Diego, CA  92101 |
| MY TELEPHONE # OF RECORD:<br>(662) 728-9733 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(619) 233-4565 |
| MY EMAIL ADDRESS OF RECORD:<br>clott@langstonlott.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>cburke@scott-scott.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 101766.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 04/02/15

Casey L. Lott
APPLICANT

---

# ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Casey L. Lott is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 4/3/2015

Haywood S. Gill Jr.
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE



THE MISSISSIPPI BAR

Post Office Box 2168
Jackson, Mississippi 39225-2168
Telephone (601) 948-4471
Fax (601) 355-8635
E-Mail info@msbar.org
Website www.msbar.org

# Letter of Good Standing

TO WHOM IT MAY CONCERN:

As of the date below, the attorney named is a member in good standing of The Mississippi Bar on **Active** status.

**Casey Langston Lott,** Mississippi Bar Identification Number **(101766)** was admitted to practice law, **May 5, 2005.**

_____
Amy S. Ward
Membership Coordinator

Date   03/30/2015

